USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,          :
                                   :        14-CR-408-01 (VEC)
    -against-                    :
                                   :            ORDER
                                   :
MIGUEL HOBAN,                      :
                              Defendant.     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on January 29, 2015, Miguel Hoban was sentenced to 120 months' imprisonment and five years of supervised release, *see* Judgment, Dkt. 79;

       WHEREAS at sentencing, the Court ordered that, for the first year of supervised release, Mr. Hoban be subject to "a curfew as set by the probation officer responsible for his supervision," *see* Sentencing Tr., Dkt. 81 at 17:4–6;

       WHEREAS the Judgment provided as a special condition of supervised release that "[t]he defendant shall remain at his reported place of residence during curfew hours set by the supervising probation officer," Judgment, Dkt. 79 at 4;

       WHEREAS on January 12, 2022, the Court was notified that Mr. Hoban's Probation Officer recommended that Mr. Hoban be placed in the location monitoring program to enforce his curfew; and

       WHEREAS the Court was also notified that Mr. Hoban refused to be placed in the location monitoring program because the use of location monitoring technology was not specified as a special condition of supervised release;

       IT IS HEREBY ORDERED that Mr. Hoban's conditions of supervised release are clarified as follows: he shall be subject to curfew for the first year of supervised release, the

hours of which will be determined by the supervising probation officer and compliance with which will be enforced through location monitoring technology.

**SO ORDERED.**

**Date:  January 12, 2022**
**New York, New York**

                                                **VALERIE CAPRONI**
                                                **United States District Judge**