UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
    UNITED STATES OF AMERICA,                                :
                                                             :      14-CR-408-01 (VEC)
              -against-                                      :
                                                             :           ORDER
                                                             :
    MIGUEL HOBAN,                                            :
                                    Defendant.               :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2022

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 12, 2021, the Court ordered that Mr. Hoban's conditions of supervised release are clarified as follows: he shall be subject to curfew for the first year of supervised release, the hours of which will be determined by the supervising probation officer and compliance with which will be enforced through location monitoring technology, *see* Dkt. 143; and

WHEREAS on January 12, 2021, Mr. Hoban objected to the use of location monitoring technology, *see* Dkt. 144;

IT IS HEREBY ORDERED that a hearing regarding the use of location monitoring technology as a condition of Mr. Hoban's supervised release is scheduled for **January 19, 2022 at 4:00 p.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

The parties are reminded that, per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the enclosed instructions. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry

requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client do not meet the requirements.

**SO ORDERED.**

Date:  January 13, 2022
       New York, New York

                                                **VALERIE CAPRONI**
                                                **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.